IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. SCHERFFIUS, | No. C 13-01850 EJD (PR) |
| Plaintiff, | ORDER OF TRANSFER |
| v. | |
| CHRISTOPHER SMITH, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983 against Mule Creek State Prison officials. Plaintiff claims that Defendants denied him adequate medical care in violation of his Eighth Amendment rights. Because the acts complained of occurred in Amador County, which lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a). The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

DATED: 6/24/2013

EDWARD J. DAVILA
United States District Judge

Order of Transfer
G:\PRO-SE\EJD\CR.13\01850Scherffius_transfer.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL E. SCHERFFIUS,

        Plaintiff,

  v.

CHRISTOPHER SMITH, et al.,

        Defendants.

                                    /

Case Number CV 13-01850 EJD (PR)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____6/25/2013_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Michael E. Scherffius**
V-96171
Valley State prison
P. O. Box 96
Chowchilla, CA 93610

DATED: _____6/25/2013_____
                                          Richard W. Wieking, Clerk
                                          /s/By: Elizabeth Garcia, Deputy Clerk