UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. SCHERFFIUS,<br><br>  Plaintiff,<br><br>  v.<br><br>CHRISTOPHER SMITH, et al.,<br><br>  Defendants. | No. 2:13-cv-1277 DB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. He alleges defendants were deliberately indifferent to his medical needs. Plaintiff moves for a stay of these proceedings based on his current medical issues and on medical procedures he will undergo shortly. (ECF No. 51.) Within ten days of the filed date of this order, defendants shall file a response.

IT IS SO ORDERED.

DATED: August 28, 2017

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/sche1277.stay resp

1