UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. SCHERFFIUS, | No. 2:13-cv-1277 GEB DB P |
| Plaintiff, | |
| v. | ORDER |
| CHRISTOPHER SMITH, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 15, 2018, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 15, 2018 (ECF No. 60) are adopted in full;

2. Plaintiff's motion for continuance of the stay (ECF No. 57) is granted;

3. The stay of these proceedings set out in the court's October 18, 2017 order is continued and this case remains administratively closed; and

4. Plaintiff shall notify the court within 120 days about the status of his health and whether the stay should remain in place.

Dated: March 15, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

DLB:9
Sche1277.801(2)